NUMBER 13-03-477-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

IN THE INTEREST OF C.A., A MINOR CHILD
____________________________________________________________________

On appeal from County Court at Law 
of Calhoun County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Opinion Per Curiam

         Appellant, JERRY DELGADO, perfected an appeal from a judgment entered by
County Court at Law No. 1 of Calhoun County, Texas, in cause number 02-CV-132. 
After the notice of appeal was filed, appellant filed a motion to dismiss the appeal. In
the motion, appellant states that he no longer wishes to prosecute this appeal. 
Appellant requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM

Opinion delivered and filed this
the 11th day of December, 2003.